UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEN WILLIAMS (#427527)

VERSUS

JAMES LeBLANC, ET AL.

CIVIL ACTION

NO. 10-0268-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's claims asserted against defendants Col. Bently, Lt.Col. Brumfield, Major Wordly, Capt. K. Steward, Capt. McCray, Capt. Miley, Lt. Moore, Msgt. Sanders, and Nurse "Jane Doe" shall be dismissed for failure of the plaintiff to serve these defendants within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the Court declines to exercise supplemental jurisdiction over the plaintiff's state law claims, that the defendants' Motion for Summary Judgment[1] shall be granted in part, dismissing certain of the plaintiff's claims for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e, and that the plaintiff's remaining claims shall be dismissed as being without legal foundation pursuant to 28 U.S.C. §§

---

[1] Rec. Doc. No. 17.

1915(e)(2)(B) and 1915A.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 2, 2011.

　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　FRANK J. POLOZOLA
　　　　　　　　　　　　　　MIDDLE DISTRICT OF LOUISIANA

Doc#47116